United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 14-17705-amc
Terry L. Boyer                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW          Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db           +Terry L. Boyer,    130 E. Lincoln Ave.,    Lititz, PA 17543-1125
13392895     +Apex Asset Mang.,    2501 Oregon Pike,    Sre102,    Lancaster, PA 17601-4890
13392897     +Caliber Home Loans,    300 Granite Run Dr.,    Ste. 130,    Lancaster, PA 17601-6819
13424687     +Caliber Home Loans Inc,    c/o Alexandra T. Garcia, Esq.,    123 S. Broad St., Ste. 1400,
               Phila., PA 19109-1060
13392899     +First National Bank,    500 E 60th Street,    Sioux Falls, SD 57104-0478
13392900     +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
13392901     +JMMMPC Co.,    Columbus Bank and Trust,    PO Box 832,    Clearfield, PA 16830-0832
13468530      M&T BANK,    PO BOX 1508,    BUFFALO,NY 14540-1508
14210413     +M&T Bank,    Rebecca A Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:26     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:31
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2018 03:14:16     Independence Receivables,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13392896      E-mail/Text: bnc-applied@quantum3group.com Dec 14 2018 03:12:14     Applied Bank,
               PO Box 10210,    Wilmington, DE 19850
13462698     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 14 2018 03:13:06     Caliber Home Loans, Inc.,
               P.O. Box 24330,    Oklahoma City, OK 73124-0330
13392898     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:21     Capital One,
               PO Box 26030,    Richmond, VA 23260-6030
13452337      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:14:10     Capital One, N.A.,
               PO Box 71083,    Charlotte, NC  28272-1083
13392902     +E-mail/Text: csd1clientservices@cboflanc.com Dec 14 2018 03:12:51     Lancaster Collections,
               218 W. Orange St.,    Lancaster, PA 17603-3746
13392903      E-mail/Text: camanagement@mtb.com Dec 14 2018 03:11:09     M & T Bank,    PO Box 900,
               Millsboro, DE 19966-0900
13484448      E-mail/Text: bkr@cardworks.com Dec 14 2018 03:10:50     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13392904     +E-mail/Text: bkr@cardworks.com Dec 14 2018 03:10:50     Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
13392905      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:50
               Portfolio Recovery,    120 Corporate Blvd.,    Ste. 100,    Norfolk, VA 23502
13463381      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:29:15
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13438392      E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 03:11:17
               Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
13398898      E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2018 03:14:17
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13392906     +E-mail/Text: bankruptcy@sw-credit.com Dec 14 2018 03:11:55     Southwest Credit Systems,
               4120 International Parkway,    Ste. 1100,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:

```
          ALEXANDRA T. GARCIA    on behalf of Creditor   CALIBER HOME LOANS, INC. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor   CALIBER HOME LOANS, INC. ecfmail@mwc-law.com
          REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          SARAH K. MCCAFFERY    on behalf of Creditor   CALIBER HOME LOANS, INC. smccaffery@squirelaw.com
          THOMAS W. FLECKENSTEIN    on behalf of Debtor Terry L. Boyer tom@fleckensteinpalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Terry L. Boyer
      Debtor(s)                                             Bankruptcy No: 14−17705−amc
                                                                     Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                             For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 12/13/18

                                                                                                                  58 − 57
                                                                                                        Form 138_new